Anthony MICELI et al. v. The UNITED STATES of America.

Nos. 5988–5991.

Circuit Court of Appeals, Seventh Circuit.

Sept. 21, 1936.

Oliver M. Loomis, of South Bend, Ind., for appellants.

Joseph Fleming, of Chicago, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

This court having on July 17, 1936, issued a rule on counsel for appellant to show cause within 20 days why this appeal should not be dismissed for failure to comply with the rules in criminal cases as announced by the United States Supreme Court on May 7, 1934, and an answer to said rule having been filed on August 19, 1936, and counsel for appellee having filed a motion to dismiss this appeal, and counsel for appellant having filed an answer thereto, and these matters having heretofore been submitted to Honorable Evan A. Evans and Honorable William M. Sparks, Judges of this court,

It is ordered and adjudged by this court that this appeal be, and the cause is hereby, dismissed.

MISHKIN BROTHERS COAL CORPORATION, Appellee, v. Tug THE AMERICAN, The Texas Company, Appellee.

Tugs THE WYOMISSING and THE ASHBOURNE, Reading Company, Appellant.

Tug THE WILLIAM CARD, Appellee.

No. 83.

Circuit Court of Appeals, Second Circuit.

Nov. 30, 1936.

Macklin, Brown, Lenahan & Speer, of New York City (Richard F. Lenahan, of New York City, of counsel), for appellant.

Purdy & Purdy, of New York City (John E. Purdy and Edmund F. Lamb, both of New York City, of counsel), for appellee Mishkin Brothers Coal Corporation.

Lynch, Hagen & Atkins, of New York City (Charles W. Hagen, and Henry C. Eidenbach, both of New York City, of counsel), for The American and Texas Co.

Foley & Martin, of New York City (Christopher E. Heckman, of New York City, of counsel), for The William Card.

Bigham, Englar, Jones & Houston, of New York City (A. J. McElhinney, of New York City, of counsel), for appellee Southern Transp. Co.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.